

# In the Missouri Court of Appeals
# Eastern District

MAY 20, 2014


THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).


1. ED96209    PORTFOLIO RECOVERY ASSOC, RES V DANNY NEAL, APP

2. ED99231 STATE OF MISSOURI, RES V ERIC MCCARTY, APP

3. ED100188 EMILY BOLDEN, APP V STATE OF MISSOURI, RES

4. ED100343 R. SUTBERRY, RES V TRANS WORLD AIR, APP & SIF, APP

5. ED100363 BRENT TAYLOR, RES V. WILSHIRE CREDIT ET AL, APP

6. ED100605 JOHNELL MURRAY, APP V STATE OF MISSOURI, RES

7. ED100649 DENNIS JONES, APP V STATE OF MISSOURI, RES